IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-02085-BNB

MICHAEL ALLEN COLLINS,

Plaintiff,

v.

OFFICER JASPER,
OFFICER MADDOX,
OFFICER SANCHEZ,
OFFICER TWINEN,
OFFICER SGT. MARTINEZ,
OFFICER SGT. FRANZ, and
OFFICER SGT. WALTS,

Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

DEC 1 0 2007

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Plaintiff, Michael Allen Collins, currently is incarcerated at the Broomfield, Colorado, county jail. He initiated this action by submitting to the Court *pro se* a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915, and a Prisoner Complaint. The Court reviewed the documents and determined they were deficient. Therefore, in an order filed on October 5, 2007, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Collins to cure certain enumerated deficiencies in the case within thirty days if he wished to pursue his claims.

The October 5, 2007, order pointed out that Mr. Collins failed to submit a certified copy of his trust fund account statement for the six-month period immediately

proceeding this filing. The order also pointed out that the complaint Mr. Collins submitted was missing page one. The order directed the clerk of the Court to mail to Mr. Collins two copies of the Court-approved form for filing a Prisoner Complaint to be used in submitting an amended complaint. The order warned Mr. Collins that if he failed to cure the designated deficiencies within thirty days, the complaint and the action would be dismissed without prejudice and without further notice.

On October 15, 2007, Mr. Collins attempted to cure the deficiencies designated in the October 5, 2007, order by submitting an amended Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 together with a copy of his trust fund account statement. He also submitted a completed page one to his complaint instead of an amended complaint on the Court-approved Prisoner Complaint form as directed.

The account statement Mr. Collins submitted on October 15, 2007, is his notarized statement, not a certified statement from the appropriate prison official for the six-month period immediately preceding this filing. Subsection (a)(2) of 28 U.S.C. § 1915 (2006) requires submission of "a certified copy of the trust fund account statement (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which the prisoner is or was confined." The October 5, 2007, order and the Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 note this requirement. Mr. Collins, therefore, has failed to cure all the deficiencies listed in the October 5 order within the time allowed. The complaint and the action will be dismissed without prejudice for failure to cure the designated

deficiencies as directed within the time allowed. Accordingly, it is

ORDERED that the Prisoner Complaint and the action are dismissed without prejudice for failure to cure. It is

FURTHER ORDERED that leave to proceed pursuant to 28 U.S.C. § 1915 is denied as moot.

DATED at Denver, Colorado, this 5 day of December, 2007.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 07-cv-02085-BNB

Michael A. Collins
Prisoner No. 03303
Broomfield County Jail
11600 Ridge Pkwy
Broomfield, CO 80021

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 12/10/07

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk